UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAS EFTHYMIOU,<br><br>        Plaintiff,<br><br>    v.<br><br>HEATHER LABONTE,<br><br>        Defendant. | Case No. 22-cv-04694-VC<br><br>**ORDER RE DISCOVERY DISPUTE** |

    Counsel for the respondent has attempted to tee up a discovery dispute by email—specifically, a dispute about the day on which Dr. Jaffe's deposition will be taken. This is not appropriate. Counsel should tee up any future discovery disputes as an administrative motion under Local Rule 7–11. However, in the interest of expedience, the Court will adjudicate the schedule dispute by way of this order.

    At the status conference, the Court made clear that the deposition of Dr. Jaffe would take place on December 4, 5, or 6. Counsel for the respondent would not stop arguing about this, requiring the Court to repeat over and over again that the issue was decided and no further argument would be heard. That conduct was inappropriate. Now, counsel has sent a notice to take Dr. Jaffe's deposition on December 7, despite the Court's clear order that it take place on December 4, 5, or 6. This conduct is also inappropriate.

    The deposition will take place on December 4, 5, or 6, or it will not take place at all. If counsel for the respondent cannot conduct the deposition on one of those dates, there will simply be no deposition, and counsel can cross-examine Dr. Jaffe at trial. If counsel for the respondent raises any further objections regarding the schedule of Dr. Jaffe's deposition, they will be

sanctioned.

It bears emphasizing that counsel for the respondent have conducted themselves inappropriately—indeed belligerently—since Ms. Tour-Sarkissian appeared in this case. When the Court issues a ruling, counsel must abide by it and cannot keep arguing. Counsel must follow the rules and procedures established by this Court. And Ms. Tour-Sarkissian must stop conducting herself in a belligerent fashion. Frankly, the Court should sanction respondent's counsel now. But because of the emotional nature of this case and the tight time frame, the Court will give counsel one more chance to clean up their act.

**IT IS SO ORDERED.**

Dated: December 2, 2022

_____
VINCE CHHABRIA
United States District Judge