UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAS EFTHYMIOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER LABONTE,<br><br>　　　　　Defendant. | Case No. 22-cv-04694-VC<br><br>**ORDER DENYING MOTION IN LIMINAE**<br><br>Re: Dkt. No. 51 |

    Given the tight time frame on which this matter is being litigated, and particularly given that Labonte has offered to make Singer available for a follow-up deposition, Efthymiou's motion to exclude testimony by Singer based on newly reviewed documents is denied.

    **IT IS SO ORDERED.**

Dated: December 8, 2022

_____
VINCE CHHABRIA
United States District Judge