UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COSTAS EFTHYMIOU,

       Plaintiff,

v.

HEATHER LABONTE,

       Defendant.

22-cv-04694-VC

**JUDGMENT**

       Judgment is entered in accordance with the Court's findings of fact and conclusions of law. Dkt. No. 86. The Clerk of Court is directed to close the case.

       **IT IS SO ORDERED.**

Dated: February 3, 2023

_____
VINCE CHHABRIA
United States District Judge