UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAS EFTHYMIOU,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER LABONTE,<br><br>Defendant. | Case No. 22-cv-04694-VC<br><br>**ORDER RE MOTIONS TO COMPEL AND CONTEMPT HEARING**<br><br>Re: Dkt. Nos. 88, 94, 95 |

It appears that LaBonte has relinquished custody of N.E. *See* Dkt. No. 97. The motions to compel are therefore denied as moot, and the contempt hearing is vacated.

**IT IS SO ORDERED.**

Dated: February 28, 2023

_____

VINCE CHHABRIA
United States District Judge