UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAS EFTHYMIOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER LABONTE,<br><br>　　　　　Defendant. | Case No. 22-cv-04694-VC<br><br>**FURTHER ORDER RE FEES AND COSTS** |

　　　Efthymiou must file an itemized breakdown of his fees and costs within 7 days of this order. Within 14 days after that filing, LaBonte may make a further filing (1) objecting to any of the fees and costs disclosed by Efthymiou and (2) replying to any of the arguments raised in Efthymiou's previous filing. Dkt. No. 99. There is no page limit for LaBonte's response. LaBonte need not respond to the ridiculous suggestion that she makes $1,999 per hour. *Id.* at 3–4, Ex. B.

　　　**IT IS SO ORDERED.**

Dated: March 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge